**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZAKARIAH LAFRENIERE,

    Plaintiff,

  v.

PRADA U.S.A. CORP.,

    Defendant.

No. C-12-3701-EDL

**ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Pro se Plaintiff Zakariah LaFreniere has filed an application to proceed in forma pauperis. His application is unclear in the following respects and must be amended before the Court can rule on the application: Section 7 indicates that Plaintiff has a bank account but he provides no information about the account balance, his cash or other assets. Plaintiff should file an amended application to proceed in forma pauperis providing all requested information so that the Court can make an informed ruling on his application.

**IT IS SO ORDERED.**

Dated: August 1, 2012

*(signature)*

ELIZABETH D. LAPORTE
United States Magistrate Judge