```
Nicky Jatana (SBN 197682)
jatanan@jacksonlewis.com
Camille Yvonne Townsend (SBN 249756)
Camille.Townsend@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 - Office
(213) 689-0430 – Fax
```

Attorneys for Defendant
PRADA USA Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARIAH LAFRENIERE,<br><br>    Plaintiff,<br><br>vs.<br><br>PRADA U.S.A. CORPORATION,<br><br>    Defendant. | CASE NO.: CV 12-3701 EDL<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, DEFENDANT'S RESPONSIVE PLEADING DEADLINE, AND MEET AND CONFER DATE FOR INITIAL DISCLOSURES<br><br>Complete Set of Papers:<br>1. Joint Stipulation to Continue Initial Case Management Conference, Defendant's Responsive Pleading Deadline, and Meet and Confer Date for Initial Disclosures<br><br>Complaint filed: July 16, 2012 |

The Court, having read Plaintiff Zakariah Lafreniere ("Plaintiff") and Defendant PRADA USA Corp. ("Defendant") (collectively, the "Parties") Joint Stipulation to Continue Initial Case Management Conference, Defendant's Responsive Pleading Deadline, and Meet and Confer Date for Initial Disclosures, and finding good cause therefore, issues the following Order:

1.    The Initial Case Management Conference date continued to November 13, 2012.

2.    The Responsive Pleading deadline continued to October 24, 2012.

3.    The Meet and Confer deadline continued to October 23, 2012.

4.    _____

_____

Date: September 24, 2012

Honorable Elizabeth D. LaPorte

4821-1087-0033, v. 1

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - CV 12-3701 EDL