1  Nicky Jatana (SBN 197682)
   jatanan@jacksonlewis.com
2  Kevin Saman (SBN 260612)
   samank@jacksonlewis.com
3  JACKSON LEWIS LLP
   725 South Figueroa Street, Suite 2500
4  Los Angeles, California  90017-5408
   (213) 689-0404 – Office
5  (213) 689-0430 – Fax

6  Attorneys for Defendant
   PRADA USA, Corp.

7

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 ZAKARIAH LAFRENIERE,                ) CASE NO.: CV 12-3701 EDL
                                       )
13        Plaintiff,                   ) [PROPOSED] ORDER GRANTING
                                       ) SECOND JOINT STIPULATION TO
14    vs.                              ) CONTINUE INITIAL CASE
                                       ) MANAGEMENT CONFERENCE,
15 PRADA U.S.A. CORPORATION,           ) DEFENDANT'S RESPONSIVE
                                       ) PLEADING DEADLINE AND MEET
16        Defendant.                   ) AND CONFER DATE FOR INITIAL
                                       ) DISCLOSURES
17                                     )
                                       ) [Filed concurrently with Second Joint
18                                     ) Stipulation to Continue Initial Case
                                       ) Management Conference, Defendant's
19                                     ) Responsive Pleading Deadline and Meet
                                       ) and Confer Date for Initial Disclosures]
20                                     )
                                       ) Complaint filed:    July 16, 2012
21                                     )

22

23   The Court, having read ZAKARIAH LAFRENIERE's ("Plaintiff") and PRADA

24 USA, Corp.'s ("Defendant") (Plaintiff and Defendant are referred to collectively as the

25 "Parties") Second Joint Stipulation to Continue Initial Case Management Conference,

26 Defendant's Responsive Pleading Deadline and Meet and Confer Date for Initial

27 Disclosures, and finding good cause therefore, issues the following Order:

28 / / /

1. The Initial Case Management Conference date is continued to December 18, 2012.

2. The Parties' meet and confer obligations in advance of the Initial Case Management Conference are continued accordingly based on the new date for said Conference.

Date: __October 26, 2012_____     _____
                                     HONORABLE ELIZABETH D. LAPORTE

USDC Case No.: CV 12-3701 EDL     2     [PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE