1  Nicky Jatana (SBN 197682)
   jatanan@jacksonlewis.com
2  Kevin Saman (SBN 260612)
   samank@jacksonlewis.com
3  JACKSON LEWIS LLP
   725 South Figueroa Street, Suite 2500
4  Los Angeles, California  90017-5408
   (213) 689-0404 – Office
5  (213) 689-0430 – Fax

6  Attorneys for Defendant
   PRADA USA, Corp.

7

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ZAKARIAH LAFRENIERE, | ) CASE NO.: CV 12-3701 EDL |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND MEET AND CONFER DATE FOR INITIAL DISCLOSURES |
| vs. | |
| PRADA U.S.A. CORPORATION, | |
| Defendant. | |
| | ) [Filed concurrently with Second Joint Stipulation to Continue Initial Case Management Conference, Defendant's Responsive Pleading Deadline and Meet and Confer Date for Initial Disclosures] |
| | ) Complaint filed:   July 16, 2012 |

The Court, having read ZAKARIAH LAFRENIERE's ("Plaintiff") and PRADA USA, Corp.'s ("Defendant") (Plaintiff and Defendant are referred to collectively as the "Parties") Second Joint Stipulation to Continue Initial Case Management Conference, Defendant's Responsive Pleading Deadline and Meet and Confer Date for Initial Disclosures, and finding good cause therefore, issues the following Order:

/ / /

1. The Initial Case Management Conference date is continued to December 18, 2012.

2. The Parties' meet and confer obligations in advance of the Initial Case Management Conference are continued accordingly based on the new date for said Conference.

Date: __October 26, 2012_____     _____
HONORABLE ELIZABETH D. LAPORTE