IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARIAH LAFRENIERE,<br><br>    Plaintiff,<br><br>v.<br><br>PRADA U.S.A. CORP.,<br><br>    Defendant. | No. C-12-3701-EDL<br><br>**ORDER REGARDING COMMUNICATION WITH COURT** |

Pro se Plaintiff Zakariah LaFreniere has recently left voice mail messages for this Court's Courtroom Deputy discussing the case, and copied the Court on emails directed to opposing counsel. If Plaintiff wishes to notify the Court of a dispute between the parties, he should do so by filing written documents with the Court in compliance with all appropriate Federal Rules of Civil Procedure, Local Rules and Standing Orders of this Court after proper efforts to meet and confer with opposing counsel.

**IT IS SO ORDERED.**

Dated: November 28, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge