IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZAKARIAH LAFRENIERE,

    Plaintiff,

  v.

PRADA U.S.A. CORP.,

    Defendant.

No. C-12-3701-EDL

**ORDER REGARDING COMMUNICATION WITH COURT**

This Court is informed that pro se Plaintiff Zakariah LaFreniere has recently left voice mail messages for this Court's Courtroom Deputy attempting to discuss substantive issues relating to the case.[1] It is improper for Plaintiff to attempt such *ex parte* communications with Court staff, and neither the Court nor its staff will respond to any such communications.

Accordingly, IT IS HEREBY ORDERED that Mr. LaFreniere may no longer communicate with the Court by phone and all future communications to the Court shall be in writing, filed in this action with the Clerk of the Court. Plaintiff is warned that any future improper attempts at improper *ex parte* communication may result in sanctions, up to and including dismissal of this action.

**IT IS SO ORDERED.**

Dated: March 25, 2013

                        ELIZABETH D. LAPORTE
                        United States Chief Magistrate Judge

---

[1] Plaintiff's most recent communication was a general inquiry about his obligation to verify discovery responses. Plaintiff is advised to consult the Federal Rules of Civil Procedure, including among others Rules 26 and 33, to determine his verification obligations.